Ryan Danks
Steven Kramer
Seth Grossman
Rebecca Perlmutter
U.S. Department of Justice Antitrust Division
1401 H Street NW, Suite 4000
Washington, DC 20530
(202) 307-0001
Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America and the State of Arizona,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Hospital and Healthcare Association and AzHHA Service Corporation,<br><br>Defendants. | CASE NO. CV07-1030-PHX-JAT<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT** |

## MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT

Pursuant to Section 2(e)-(f) of the Antitrust Procedures and Penalties Act ("the APPA"), 15 U.S.C. §16(e)-(f), with the consent of the Defendants, the United States moves for entry of the proposed Final Judgment in this civil antitrust action. The United States' Certificate of Compliance, certifying that the parties have complied with all applicable provisions of the APPA and that the waiting period imposed by the APPA has expired, is being filed simultaneously with this Memorandum. The Competitive Impact Statement (Dkt# 3) demonstrates that the proposed Final Judgment is in the public interest, and the United States requests that the Court enter the Final Judgment after the Court determines that its entry is in the public interest.

### I. The United States and the Defendants have complied with the APPA

The APPA prescribes a sixty-day period for the submission of comments on the proposed Final Judgment, following completion of the requisite publications. 15 U.S.C. §16(b). The sixty-day comment period commenced on June 23, 2007, and ended on August

22, 2007. During this period, the United States received no comments on the proposed Final Judgment.

As the Certificate of Compliance filed by the United States simultaneously with this Memorandum demonstrates, the settling parties have completed all of the procedures required by the APPA for entry of the proposed Final Judgment. It is now appropriate for the Court to make the public interest determination required by 15 U.S.C. §16(e), and to enter the Final Judgment. The Court will retain jurisdiction to construe, modify or enforce the Final Judgment.

## II. The Proposed Final Judgment Satisfies the "Public Interest" Standard

The United States incorporates by reference here its previously filed Competitive Impact Statement (Dkt# 3) in which the United States explained how the proposed Final Judgment effectively remedies the Defendants' violation alleged in the Complaint and prevents its recurrence. The public, including affected competitors and customers, has had an opportunity to comment on the proposed Final Judgment as required by statute. No comments were received. There has been no showing that the proposed settlement, embodied in the Final Judgment, constitutes an abuse of the Department of Justice's discretion or that it is not consistent with the public interest, or is otherwise inadequate under the applicable standard of review, as explained in pages 14-16 of the Competitive Impact Statement.

## III. Conclusion

For the reasons set forth in this Memorandum and in the Competitive Impact Statement, the Court should find that the proposed Final Judgment is in the public interest. Further, there is no just reason to delay the entry of the proposed Final Judgment.

Dated: September 7, 2007

/s/ Ryan Danks
RYAN DANKS
STEVEN KRAMER
SETH A. GROSSMAN
REBECCA PERLMUTTER

Litigation I Section
United States Department of Justice
Antitrust Division
1401 H Street NW, Suite 4000
Washington, DC 20530
(202) 307-0001
Attorneys for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and further provided copies to the registrants via electronic mail:

Nancy Bonnell, Antitrust Unit Chief, ID #016382
Consumer Protection and Advocacy Section
Department of Law Building, Room #259
1275 West Washington Street
Phoenix, AZ 85007-2997
(602) 542-7728
Attorney for the State of Arizona

Andrew S. Gordon
Coppersmith Gordon Schermer & Brockelman PLC
2800 North Central Avenue, Suite 1000
Phoenix, AZ 85004
(602) 381-5460
Facsimile: (602) 224-6020
Attorney for the Defendants

/s/ Ryan Danks
Ryan Danks
United States Department of Justice
Antitrust Division